THE WOMAN'S HOSPITAL OF THE STATE OF NEW YORK, Plaintiff, *v.* LOUBERN REALTY CORPORATION et al., Defendants.

GRACE E. SECORE, Appellant; DANIEL GREENWALD, as Receiver, Respondent.

(Submitted February 26, 1934; decided March 6, 1934.)

*Frederick Mellor* for motion.
*Nathan Silverman* opposed.
Motion denied.